Do you have both attorneys from the Packer v. Raging Capital? I see Mr. Fleming there, but is Mr. Wexler there as well? Yes, Mr. Wexler is here. Mr. Wexler, if you could please turn on your video and unmute right now. Okay. Judge Newman, you had a question pending. Would you like to repeat it? Sure. Is he available? Yes. Okay. Oh, I don't see him, but I see Judge Hall at the moment. Okay. Counselor, are you there? He is there. I can see him. Mr. Martin is a controlled person with respect to the investment advisor, but suggested that that doesn't change much because the investment advisor is exempt under the statute. So far so good? For the purposes of our motion, we assumed that the advisor was exempt. All right. So what I was trying to explore is, can we say, or can the district judge have said on this record that as a matter of law, Mr. Martin is in control of at least the fund? Let's leave the other two aside for a moment. What on this record entitles him to say he is in control of the customer fund? I don't think it's necessary to show he's in control of everything that happens in the fund. I think it's only necessary to show he's in control with respect to the relationship between the fund and the advisor. Well, but when you say the relationship, the premise of your argument, I thought, was that the IMA can be changed, as you said to us, and in your brief, at a stroke of his pen. So that's the issue I'm focusing on. What shows he is in control of the fund for purposes of amending the IMA? What I believe to be in the foundational documents. But I don't want to just leave our discussion without bringing something else to your attention. The first tenant of the judge's decision is that this was like Hoppe and Tonga, which essentially is an agent on one side of the transaction, and an agent on the other side of the transaction. I'm seeing Tom, but I'm not seeing Judge Newman yet. Judge, can you hear me? I'm still here. I'm hearing you fine. So Tonga and Hoppe stood up to the proposition that if you're going to do a real transfer of investment power and voting power, you have to do it in a way that doesn't allow the grantor of the power to be able to take it back. Right. But we discussed those cases before, and I thought we agreed those were cases decided that there was agency as a matter of state law. Correct. We did agree to that. We don't have that here. We don't have any agency as a matter of state law in this case. No, we have an agency in a situation that's analysed because the same person is on both sides of the transaction. Yeah, but you keep saying he's on both sides, but he's still got to be able to commit his other side. And that's what I keep asking you. What shows thus far that he is in sufficient control to commit his party to changing the agreement? The only thing that we have is other than the way this the relationship existed, which was that he was trading securities on behalf of the fund, and the fact that he signed the IMA, the fact that the foundational documents show he was retained the power to get the beneficial ownership back. That's what we have. Okay. Thank you. Thank you. We don't need to hear from Mr. Fleming again, but I thank you for hanging around. Thank you, Your Honor. It's a pleasure as always. As I said, it's a wonderful podium. I know Mr. Fleming does not agree with that position. He did not tell me that because I could already infer it. Thank you, Your Honor. Have a good day. Thank you both for reserved decisions.